| | |
|---|---|
| **From:** | Hutchison, Stasia |
| **To:** | "Joey Gonzalez" |
| **Subject:** | FOIA 2017-REE-03716-F |
| **Date:** | Friday, July 14, 2017 4:43:00 PM |
| **Attachments:** | Ricardo Gonzalez credit card log from CATS from FY 2015 until present.pdf |
| | Climate Assessment J.Gonzalez_Redacted.pdf |
| | Facility Management Oversight Committee Meeting 01252017.pdf |

Joey Gonzalez

This is in response to your Freedom of Information Act (FOIA) request dated April 15, 2017, for information concerning the Subtropical Horticulture Research Station, Miami, FL. Your request was received by this office on April 17 and assigned FOIA No. 2017-REE-03716-F.

The Southeast Area Office and the Subtropical Horticulture Research Station provided documents responsive to your request.

In response to item 1a of your request, the following provides the total amount of overtime for Ricardo Gonzalez and Mike Winterstein:

Ricardo Gonzalez

| 2015 = $6,349.47 | 2016 = $5,864.47 | 2017 = $4,095.54 |
|---|---|---|

Mike Winterstein:

| 2015 = $14,877.07 | 2016 = $15,728.64 | 2017 = $7,647.29 |
|---|---|---|

In response to item 1d of your request, attached is the CRIS Allocation Tracking System Credit Card Purchase Log for Ricardo Gonzalez since FY 2015. Please note that we are processing your request for documents responsive to items 1b and 1c, concerning training records for Ricardo Gonzalez, and hope to provide our response by July 21.

In response to item 2 of your request, attached is a copy of the Climate Assessment of the Subtropical Horticultural Research Station dated February 2017. Personal information about individuals has been redacted from the attached report and is exempt from disclosure pursuant to 5 U.S.C. 552 (b)(6). Exemption (b)(6) protects information, which if released, would constitute a clearly unwarranted invasion of personal privacy. In addition, information which is considered predecisional and deliberative has been redacted and is exempt from disclosure pursuant to 5 U.S.C. 552 (b)(5). Exemption (b)(5) protects inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency. Incorporated within Exemption (b)(5) is the deliberative process privilege, which protects the decision making processes of government agencies.

In response to item 3 of your request, attached is a copy of the Facility Management Oversight Committee Meeting Record for January 25, 2017.

You may administratively appeal our determination by writing to the Administrator, ARS, USDA, Room 302-A, Jamie L. Whitten Federal Building, 14th & Independence Avenue, SW, Washington, DC 20250.  Your appeal must be postmarked within 90 days of the date of the response to your request.  The phrase "FOIA Appeal" should be placed in capital letters on the front of the envelope containing the appeal.

If you have any questions or would like to discuss any aspect of your request, please contact this office at 202-815-2913 or stasia.hutchison@ars.usda.gov.  You may also contact our FOIA Public Liaison or FOIA Requester Service Center at 301-504-1743 or REEFOIA@ars.usda.gov.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; ogis@nara.gov; 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

   Stasia

**Stasia Hutchison**
FOIA/PA Officer, REE, USDA
5601 Sunnyside Avenue
GWCC, Room 1-2248, Mail Stop 5128
Beltsville, MD  20705-5128
stasia.hutchison@ars.usda.gov
301-504-1655 (w) 301-504-1647 (fax)
**Freedom of Information Act and Privacy Act Reference Guide**