

# Report for the U.S. Department of Agriculture Agricultural Research Service

# Climate Assessment of the Subtropical Horticultural Research Station

**Prepared by ADR Vantage, Inc.**

**February 2017**

ADR VANTAGE, INC. 1660 L STREET NW, SUITE 302, WASHINGTON, DC 20036

PHONE: 202-296-2328    FAX: 202-355-6689

Boarman Declaration        ARS0001

000022



**USDA Agricultural Research Service
SHRS Climate Assessment
February 2017**

# Table of Contents

REPORT FOR USDA's Agricultural Research Service: Climate Assessment of the Subtropical Horticultural Research Station

I.    Introduction .................................................................................................................. 2

II.   Methodology ................................................................................................................ 2

III.  Data Analysis ............................................................................................................... 4

IV.   Summary of Findings ................................................................................................. 13

V.    Recommendations ..................................................................................................... 17

**Boarman Declaration**

**000023**

ARS0002



**REPORT FOR USDA AGRICULTURAL RESEARCH SERVICE**

**Climate Assessment of the Subtropical Horticultural Research Station**

**Prepared by ADR Vantage, Inc.**

**February 2017**

## I.    Introduction

The Subtropical Horticultural Research Station (SHRS) in Miami, Florida, a unit of the USDA's Agricultural Research Service (ARS) conducts research to develop and transfer solutions to agricultural problems of high national priority relating to food and nutrition, agricultural economy, and natural resources and the environment. ADR Vantage was engaged by ARS to perform an employee climate assessment of the SHRS. The primary purpose of the assessment was to identify factors that contribute to employee complaints of harassment and a hostile work environment, to help the ARS leadership understand the state of concerns within the SRHS and to provide recommendations to address them.

Dianne Lipsey and Rick Buccheri from ADR Vantage spent three days on site at SHRS in mid-December, 2016. We interviewed the current temporary Research Leader (RL), Dr. Hamed Abbas and 26 other staff from all levels of the organization. We had subsequent conversations with Area Director, Dr. Deborah Brennan; Associate Area Director, Archie Tucker; and others with firsthand knowledge of the recent developments at SHRS including former temporary RL for SHRS, Dr. Ricardo Goenaga; former Research Scientist, Dr. Ray Schnell; and USDA Human Resources Specialist Supervisor for Labor Relations, Kathleen Hall. Most everyone we spoke with was very forthcoming. Their perspective varied but there was strong consensus about the overall themes.

This report provides an analysis of the resulting themes from the interviews and our findings and recommendations. Our recommendations reflect our understanding of ARS's actions that are already in progress to address the issues concerning the operations and staff morale.

## II.    Methodology

ADR Vantage began the climate assessment with preliminary conversations with ARS Associate Area Director, Archie Tucker and USDA Senior Counsel, Stephanie Masker. From those meetings, we learned that there have been an abundance of grievances and formal complaints originating from the SHRS, and that there were specific challenges between management and the employee union, the National Federation of Federal Employees (NFFE).

Boarman Declaration



**Process**. Based on our understanding of ARS's objectives for the climate assessment, we determined data collection would need to be through one-on-one, in-person interviews. To encourage participation, their involvement needed to be voluntary, questions needed to be constructed to allow unforced, genuine concerns to arise unprompted and we needed to assure participants anonymity in their responses.

Once dates for the visit to SHRS could be confirmed, the Area Director, Dr. Brennan, announced the climate assessment to the SHRS employees, introduced the ADR Vantage team and encouraged voluntary participation. She also reminded Bargaining Unit Employees (BUE) they are entitled to have their union representative present for interviews if they so choose.  ADR Vantage reached out to establish contact with Dr. Hamed Abbas, the temporary Research Leader, and employees at the site and to schedule interviews. In our communication with staff, we emphasized that participation was voluntary and we explained how  their contributions would be used to identify patterns and trends that could be shared with ARS  without exposing individuals. We had a short turnaround for the visits because of the upcoming holiday season and so, to ensure as much participation as possible, we made multiple invitations to employees and offered to schedule interviews by telephone and at times convenient to employees. We also continued to schedule appointments throughout our visit.  We were able to  speak with 26 of the roughly 32 employees at SHRS and the temporary RL.

**Questionnaire Design**. The interview data collection tool was a thirty-three question interview, composed of open-ended questions and rating scales. The open-ended questions were meant to elicit broad perspectives from employees to allow for their open and honest sharing of their true work experiences, without directing or limiting the nature of their responses. Likert rating scales and Yes/No questions supplemented the open-ended questions to provide measurable scores for specific questions regarding experiences.  Overall, the questions focused on the following themes:

- Employee Engagement: How well employees understood their role in relation to the overall work and mission of the SHRS and their satisfaction levels.

- Communication & Relationships: How employees get and share information, the degree and effectiveness of collaboration and coordination among work groups and which relationships are most supportive or challenging.

- Respect and Fair Treatment: These questions address the core questions for the assessment – the existence, prevalence and impact of treatment that could be considered harassment, hostile or otherwise discriminatory.

- Leadership & Support: How individual managers and the management structure within SHRS, ARS and USDA support employees and their work and what leadership factors most impact the effectiveness of the SHRS.

**Boarman Declaration**

ARS0004
000025



**Interviews**.  ADR Vantage representatives Dianne Lipsey and Rick Buccheri were onsite at the SHRS in Miami, FL between Tuesday, December 13 and Thursday, December 15, 2016.  During that time, we met Dr. Hamed Abbas and 26 of roughly 32 employees.   This represented approximately 81% of the staff positions as designated on the Organizational Chart.  The level of participation also provided a cross section of perspectives from every employment category and research area.  Phone interviews were also offered to employees who were not able to meet for an in-person interview. One employee made use of this option. All employees interviewed were aware of at  least some of the issues impacting the atmosphere and work at SHRS. For the most part they were  careful to comment within the confines of their own experiences or observations and expressed hope that  their contributions will result in improvements at the site.

Through the interviews, four additional people where identified who could offer unique perspectives on the atmosphere and onsite experience at SHRS.  They each accepted the invitation to speak with us and provided valuable perspective and historical context relating to the issues facing the SHRS.  Those individuals included:

- ARS Area Director, Deborah Brennan, PhD
- Former Temporary Research Leader, Ricardo Goenaga, PhD
- USDA Labor Relations Officer, Kathleen Hall
- Former Research Geneticist, SHRS, Ray Schnell, PhD[1]

Questions for the supplemental interviews were tailored to help us understand a broader context such as: key turning points and the events that preceded them; the roles and relationships between SHRS, ARS, PALS, and the Union; and previous efforts to address personnel and organizational issues that are still impacting SHRS and its employees.

**Report Findings**. As this is a climate assessment, we collected and are reporting experiences and points of view from employees, management, ARS Area Office officials and others as listed above. The report reflects the dominant themes and critically important observations from those subjects that are affecting the employees' workplace experiences. At times, we specify a subgroup of employees such as Scientists, Technicians, Administrative staff, laborers or maintenance employees. At times, we refer to the "Researchers" to cover the Scientists and Technicians.  Researchers are the majority of employees and those most directly affected by many the issues  identified in this report.

## III.   Data Analysis

The Subtropical Horticultural Research Station is located in Miami, Florida and conducts research under the auspices of the USDA ARS Southeast Area Office in Stoneville, Mississippi. Its top leadership on site is a Research Leader (RL), who in addition to his own research projects is

---

[1] Dr. Schnell continues to work onsite for an aligned organization.  He made clear his comments where based on his experience with SHRS rather than representing the opinions or experiences of his current employer.

**Boarman Declaration**

**000026**



responsible for the overall executive leadership at the Station. The SHRS Organizational Chart shows a full-time staff compliment of 40 employees[2]. There are seven Scientists (with one vacancy) each with his or her own team, and an Administrative Officer (AO) with a four-person administrative team. Most of the maintenance support for the site including custodial workers and tractor operators work under the supervision of the Horticulturalist.

At the time of the climate assessment, SHRS had a temporary Research Leader, and there were 11 vacancies[3], including the permanent Research Leader, the Horticulturalist, both custodial workers and two of the three tractor operators. Of the remaining five vacancies, three were from a single six-person team supporting the Plant Geneticist. Two employees who would usually have reported to AO were assigned to work directly for the temporary Research Leader. There were also multiple pending EEO complaints and union grievances against various members of the management team, most of which came from a single employee.

Employees at all levels of the SHRS eagerly participated in the interviews. Twenty-six (26) of the approximately 32 SHRS employees on staff at the time, and the temporary Research Leader met with ADR Vantage. Most were very forthcoming and hopeful the climate assessment would yield improvements in long-standing issues and frustrations. Almost all observations, ratings and responses to open-ended questions can be captured in one of the following themes.

- Employee engagement
- Permanent Research Leader
- Administrative functioning and (b)(6)
- IT Specialist and the NEFE union local President
- Communication factors and collaboration
- Employee perceptions of hostility, harassment, or unfair treatment

1. **Employee Engagement**. Most research employees interviewed spoke positively, and even passionately, about their work and its contribution. They willingly described their work and how it relates to SHRS's mission. Many of those working in maintenance and administrative roles could also describe how their work contributed to SHRS. Employee satisfaction and description of the overall atmosphere is reflected in some of the representative quotes below.

- Overall satisfaction level for employees was a 6.29 out of a possible 10.

- Employees rated the overall atmosphere of the SHRS workplace at a 5.29 out of 10.

---

[2] There are 40 permanent positions shown on the SHRS Organizational Chart with 11 vacancies. There are also at least 2 temporary employees and the ARS employee temporarily assigned to SHRS as the RL.
[3] According to the Organizational Chart.

**Boarman Declaration**



- Enthusiasm for their work was affected by feelings of losses from earlier years – of staff, resources, focus and collegiality and a feeling that others outside of SHRS may not care about their work.

  o *"I love my job and I feel like I really make a difference." ~ "I consider my work very important. The industry relies on what I do." ~ "My job is to make it possible for them [the Scientists] to do the work they do." ~ "This is my dream job."*

  o *"The atmosphere before was that we were all willing to help each other. Now we are trying to stay away." ~ "We feel like we get the short end of the stick. Everyone is overworked and understaffed." ~ "Not getting a [permanent] RL makes people who feel unappreciated."*

- Within the research units, most employees appreciate the relationships. Most of the Technicians enjoy trusted and even collegial relationships with their Scientists and the Scientists appreciate and in some cases, entrust their Technicians with greater responsibilities than Technicians might usually expect.

2. <u>**Permanent Research Leader**</u>. *"We need steady and good leadership."* The prevailing view is that issues that are most impacting the site are a result of not being able to secure skilled and committed leadership. The following are composite viewpoints from employee responses to questions about satisfaction on the job, overall atmosphere, and specific questions about management.

   - **Collaboration, Collegiality, and Cooperation**. Most of the Scientists indicated a degree of in- fighting and competition among their colleagues. Technicians seemed less affected, but aware of tensions and its effect on their relationships with other Technicians. The following was shared with ADR Vantage as an example of the kind of impact an RL would have on relationships among the Researchers.

     *There was disagreement among the Scientists about the use and maintenance of a piece of equipment. The manufacturer recommended use of a chemical solution claiming that it is better for the equipment but historically SHRS had used a water solution, believing it to be safer and able to produce comparable results. When this disagreement arose and a choice was made to follow the manufacturer's recommendation the decision produced resentment among those who disagreed.*

   - **Administrative Personnel Issues**. The most cited complaint among employees interviewed is the significant dysfunction in the Administrative Office. This includes what they describe as (b)(6) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ They provided multiple examples (b)(6) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Boarman Declaration**



allowing IT upgrades to go uninstalled or improperly installed, inability to find the IT Specialist for long periods of time, lack of follow-through on priority requests, and passiveness and even hostility to efforts by Researchers to resolve even simple issues.

The word "fear" was often used to describe why employees avoid seeking help from the IT Specialist or going through an involved process for other administrative needs. Many described efforts to take care of problems themselves and frustration that even when they did, (b)(6) would find ways to delay them or the IT Specialist, who is also the NFFE local president, would block employees from doing tasks not specified in their position descriptions.

Most believe these problems can be addressed but requires vigilance and persistence that is only likely to come from a strong, committed and permanent RL.

- **Employee Morale**. Scientists do not feel there is sustained interest in their work. Others see ongoing unresolved issues, a lack of a sense of unity, shared purpose and that someone is advocating for them. "*After a while, you stop caring*."

  Many employees appreciate the efforts of the current temporary RL, Dr. Hamed Abbas, but recognize that his attention is consumed by the unresolved personnel issues and that he will ultimately get frustrated and leave. Even if he can make some of the needed changes, they believe he will not stay long enough to resolve long-standing issues and restore the cohesive and coordinated research environment.

  *"The leadership void is the big thing. If someone could fix this void to a full-time permanent, respected, well-qualified candidate for research leader, the apparent problems would go away."*

3. <u>Administrative Functions</u> (b)(6) . Virtually every person we spoke with had significant complaints about the administration at SHRS. Major issues with IT support was the lead concern. Other issues ranged from the (b)(6) With some exceptions, the administrative staff are viewed as not responsive and as having lost what used to be a commitment to supporting the science by supporting the people. People believe (b)(6)

- (b)(6) is a dominant complaint from the Scientists. They report inability (b)(6)

**Boarman Declaration**



██████ Scientists, whose jobs and professions require ████████████████, also complain about their ████████████████ processing and that their inability to count on the administrative staff to support them can complicate ████████ They provided multiple examples of having to ██████████████████ ██████████████████ They feel the administrative staff do not know how to process ██████ care about the complications this causes. They are also frustrated that they are barred from trying to track the progress and troubleshoot problems themselves. They feel constrained in their ability to engage in the professional exchanges expected of them as ARS Scientists and as leaders in their fields of research.

- **Basic Communication.** Employees cited examples of not being notified about upcoming events because of inconsistent and what they view as possible selective email distribution. The most concerning experiences described by the researchers was the lack of coordination or even sufficient notice about interruptions to water or electricity supply. At SHRS, water and electricity disruptions can impact research and damage equipment.

- **Filling or Working Around Vacancies.** Employees complain of three issues related to vacancies: Inaction on hiring requests; lack of communication about progress and/or hiring instructions from ARS; and efforts ████████ the union local president to block workarounds to compensate for vacancies. Examples:

  o The hiring decision for summer temporary employees went so long, the researcher had to use the more costly contract vehicle to make the hires.

  o A technician volunteered to fix a broken gate, because of insufficient maintenance employees. The Union challenged the employee's action because the technician's position description did not cover this maintenance function.

  o The position of mechanic had been vacant long enough that employees explained they were unable to find a working golf cart and that for a property as large as SHRS, this situation significantly interferes with the work.

- **Basic Maintenance.** Employees provided many examples of facilities, equipment and property not being adequately maintained, including things as small as the water filters not being changed in the main building to the grass being allowed to grow so tall that researchers were unable to get to their locations to collect samples. SHRS's location is particularly susceptible to hurricanes. After one such event, researchers arrived the next day to find the generators were not functioning and loss of electrical power and water needed to sustain ongoing experiments. Researchers do not have confidence that ████████ ████████████████████████████████████████████████████████████

**Boarman Declaration**



- **Administrative Staff Accountability**. We heard many examples of requests not being fulfilled in a timely way, correct way or at all; (b)(6)

Almost every researcher complained that the IT Specialist's work is not satisfactory, that he is not responsive, and that he can be very difficult to deal with.   We understand that, at the time of the interviews, the IT Specialist worked one day per pay period at the Fort Lauderdale location and for the remainder of the pay period in Miami.  Employees were aware that the IT Specialist was assigned to work from the Fort Lauderdale location periodically.  Regardless of where he is assigned to work, they complain that he is not accessible or responsive in person, by phone or through the online support request system and that when they have consulted (b)(6).

- **Barriers to the Research**. The Scientists do not believe that (b)(6) They provided many examples of (b)(6) They also describe (b)(6)

(b)(6)

4. <u>IT Specialist/NFFE Local President</u>.  The IT Specialist was identified by most employees interviewed as being involved in, if not the source of, harassment and hostility. He serves USDA as the IT Specialist for SHRS as a direct report to the AO. He is also president of the National Federation of Federal Employee's (NFFE) local. As IT Specialist, he is regarded by the Researchers as deficient, unresponsive, and difficult to deal with. The Scientists are uncomfortable with the access he has, as IT Specialist, to their research, emails and phones. In his union role, he is regarded as combative, intentionally disruptive, and uninterested in working out issues he believes need to be challenged. It is widely believed that he is able to influence and manipulate his boss, the AO, and it is that relationship that gives him the autonomy to act as he pleases and protects him from accountability.

- **Basic IT Support**. Employees provided multiple examples of deficiencies that included slow or no response to even urgent requests and an inability and sometimes unwillingness to support their particular IT needs. One research team waited a year for installation of software upgrades and then it was not installed properly.

Boarman Declaration



Another complained that he refused to "deal with" operating systems other than Windows, even though many programs are not Windows-based. The result is that the Researchers, his customers, have had to take care of their own IT needs. There were numerous complaints that employees could not reach him by phone or through the on-line request systems, having to track him down physically and even after that, not being able to count on him to respond to requests.

> *"When you do tell him about things, sometimes he takes care of it and sometimes he won't. "*

- **Misuse of Union Role**. Of the Bargaining Unit Employees (BUE) we interviewed, none were dues-paying members. Several employees said that the IT Specialist would represent them without their invitation or agreement, filing grievances on their behalf. Some employees noted that he spends a lot of his time behind closed doors with the union steward. Whether or not his actions on behalf of the union or employees have a legitimate basis, employees overwhelming believe he is abusing his role and not helping resolve real concerns at SHRS. Researchers feel that he is always on the lookout for things he can use against them in grievances, often twisting what they have said or done. Mostly they complain that the volume of grievances is a huge burden to their work, feels like harassment and that far from improving the working environment, they are making it worse.

- **Frustration and Intimidation**. Beyond union grievances, employees describe the IT Specialist and his close association with the AO as interfering with their work. If they challenge him, even without intending to, he will try to use EEO complaints and union grievances, and leverage his relationship with the AO to impose arbitrary rulings that will slow or stop their work. Scientists are aware that he can and believe he has accessed their data and email, interfering with their research and professional communication. Some Scientists say they no longer use their USDA email or phone for certain communication because of this concern.

Employees described the IT Specialist's use of personal attacks and strong language. A (b)(6) complained that the IT Specialist was particularly aggressive (b)(6). We heard from another employee that the IT Specialist's aggressiveness toward (b)(6) approached him with an unresolved IT matter made (b)(6) very uncomfortable.



> *"The IT Specialist is unreceptive to any kind of suggestions and he's impolite when he's annoyed or frustrated. In a recent incident, he took something he shouldn't have. We talked about it and he "flipped out," and raised his voice. It was very uncomfortable. I don't go to him if I don't have to."*

**Boarman Declaration**

ARS0014
000032



- **Lack of Accountability**. Most employees believe that the IT Specialist ████████  ████████ We heard examples of employees seeking help from ████ when they were not able find or get help from IT Specialist ████ ████████████████████. They believe the IT Specialist is allowed to do and behave however he wants and ████ ████████ ████ IT Specialist ████ ████████████████

> *"I can ignore most things, but this was very clear that he [the IT Specialist] feels he can speak how he wants without repercussion. It's rare to be in a workplace where that is tolerated."*

5. **Communication Factors and Collaboration**. We were interested to know about how information is shared at SHRS and how effectively it is communicated in order to identify communication factors that might be affecting the work and morale.  Such factors might include the routine exchange of information about SHRS business, research priorities, the search for a permanent Research Leader, and responses to issues employees may have raised such as with ████ hiring, IT support and maintenance.

Scientists were the most informed about SHRS developments but also ranged in their responses regarding what they know, how they hear information and how often they attend management meetings. Technicians learned about SHRS developments  sometimes officially through emails, more often through their Scientists but also unofficially  and  informally from other employees.  Maintenance employees primarily relied on informal  communication. Informal communication was described as information passed from employee to employee, like rumors. The temporary RL has tried to reinstitute regular meetings but we were  unable to determine if they are happening regularly or effectively and how much support he gets from Scientists in that effort.

Researchers do not seem to value the exchange of information as they may have in the past. They express that they must be more self-sufficient and at times more self-interested than in past years due to reduced staff, inability to get sufficient administrative support and not having a permanent Research Leader. They recognize that this development has led to reduced coordination and collegial exchange and increased tensions among some Scientists. With the resources and support provided by MARS, some feel that the cacao research receives a  disproportionate amount of attention and resources. Scientists also recognize that a strong, engaged and permanent RL can help balance the research priorities and support a  more  unified and balanced focus for the work of the SHRS as a whole.

> *"We have minimum collaboration and conversations among colleagues. I tried to not rock the boat for the first few years, but now I'm getting tired."*

**Boarman Declaration**



6. __Employee Perception of Hostility, Harassment, or Unfair Treatment__. Over recent years there have been unusually high numbers of EEO complaints and union grievances from SHRS. For the climate assessment, ADR Vantage was interested to learn whether and how widely employees share the kind of real or perceived experiences that often lead to EEO complaints. We asked questions about fairness and equality of treatment to help understand what might be behind the specific complaints. We also asked open-ended questions about the atmosphere and satisfaction to shed light on the more generalized concerns about hostility and harassment in the work place.

- Fair Treatment.
  - When asked, "How fairly do you think you are treated by your manager?", employees responded with an average rating of 8.10 out of a possible high score of 10.
  - 23 of 24 of those responding answered, "No" to the question: "In the past 2 years, have you personally been denied requests, where you believe the denial was unfair?"
  - When asked, "Have you or do you know of someone at SHRS who has been treated unfairly based on age, race, ethnicity, sexual orientation etc.?" 19 of 23 responded, "No."
  - A large majority of employees interviewed speak positively about their own managers[4].
    - 92% said they were likely or very likely (were comfortable) to raise a concern with their manager.
    - 75% were judged to offer a positive response to the question, "If you had one word to describe what you value most in your manager, what would it be?" The following are representative examples of the words. "Integrity, Sincerity, Lenient, Not Micromanaging, Respect, Honesty, Fair, Patient.



Fairness

---

[4] The term "manager" refers to the immediate supervisor of employees being interviewed, whether Scientist, AO, or RL.

ARS0012

__Boarman Declaration__

000034



- Use the term "Hostile" or "Harassment".

  o   When asked to identify their most challenging relationships, 9 employees specifically identified (b)(6) 11 specifically identified the IT Specialist in that capacity or in his role as union local president. Four other individuals were identified but none received more than 1 designation.

  o   To open-ended questions about satisfaction level, overall atmosphere, and what impacts performance, the lack of administrative support, lack of IT support, and difficulties with (b)(6) IT Specialist/Union local president by far exceeded any other negative comment.

- Gender, Ethnicity and Racial concerns.

  o   Approximately 25% of those interviewed described situations that made them uncomfortable relating to gender, ethnicity, and race.

  o   This report has already documented allegations that the IT Specialist (b)(6)

- Factors Contributing Negatively to the Work Environment. The following factors frequently appeared in statements from employees.

  o   Interpersonal conflict among some of the Scientists,

  o   Interpersonal conflict between the Scientists and the administrative staff, and

  o   Lack of sufficient staffing, sufficient maintenance, communication, and a permanent Research Leader to provide focus and oversight on these matters.

## IV.  Summary of Findings

The factors most affecting the working environment at SHRS are the long delay in hiring a strong and permanent Research Leader, a host of issues attributable to the performance and conduct of (b)(6) the IT Specialist, and a disheartened and disjointed Research team. The three are interrelated and together consume large amounts of time, resources, and overall sense of well-being at SHRS. To address these issues will require continued vigilance and determination to continue to work toward ensuring performance and conduct issues are being consistently addressed, especially while transitioning to a new RL.

1. __Employee Engagement.__ Most Scientists and Technicians like their work and have high regard for and like their research teams, but have little knowledge about what else is happening at SHRS or ARS plans for the site. Even so, they view the work environment as very negative largely because of lack of administrative support and the hostility or operational harassment they experienced from (b)(6) the IT Specialist. The fear of getting dragged into to problems by (b)(6) the IT Specialist and frustration of not being able to get things taken care of is contributing to erosion of goodwill, sense of well-being, and



overall morale. Many employees are further discouraged that ARS will not address the issues anytime soon.

2. <u>Research Leaders and ARS Support</u>.   Multiple changes in the RL position over the past six years, even with the considerable time and energy devoted to SHRS by ARS Area Office and USDA, has contributed to many of the issues identified by the employees in the climate assessment. It is common that such a situation, especially coupled with the deficiencies in the administrative office, will erode the cohesion in an organization and employee morale as it has at SHRS.

Some Scientists are frustrated and even feel bitterness about the amount of time it has taken for ARS to hire a permanent RL who is skilled and committed to their research and administrative needs. They appear uncertain and possibly uninterested in working with a temporary RL to address long-standing issues because he is temporary. From their past experiences, they expect  he will soon leave and they are not convinced they should invest energy until there is a  permanent RL.

3. <u>The Role of the Scientists</u>.   The Scientists are key players in the success of strategies going forward. They are highly regarded by their teams and are committed to the research, which is the reason for SHRS to exist. They recognize that some of them have become increasingly self-interested as they have struggled with resource limitations, staffing and administrative issues and lack of clarity and constancy in leadership. These factors have contributed to the increase in tensions among them. Strategies that demonstrate an appreciation of their contributions and a clear commitment to their issues can have an important impact on the entire staff. They also recognize how important the RL is for them; that they need for someone to define a vision for the future, to help set priorities, advocate for their needs and to draw the SHRS research community together.

4. <u>Administrative and Personnel Issues</u>.    The temporary RL has been confronting the very difficult personnel issues identified in this report, (b)(6) He has also been implementing policies to require accountability administratively and among researchers, and is attempting to address the personnel issues to restore the resourceful and collegial climate that existed in the past. The following summarize the most impacting of these issues.

- (b)(6) Researchers need clarity from the Administrative Office about the process for coordinating (b)(6). They need much more timely action to process requests, timely feedback about the status of their requests and proactive problem solving. They recognize  that some of the problems are with the (b)(6) but they feel the  administrative staff should fully understand that system and be able to manage the process more effectively, keep them updated and engage with  them to solve issues.

**Boarman Declaration**



- **IT Support**. Staff do not get adequate or timely IT support. They are confronted with intimidating behavior when advocating for their needs and are fearful that the IT Specialist will disrupt their research or inappropriately access telephone or emails, and that he will, for unanticipated reasons, launch multiple complaints or grievances against them. They view the IT Specialist as a primary contributor to a hostile environment.

- **Administrative Staff Disconnected from the Mission**. Some of the administrative staff come under significant criticism. Researchers are frustrated that the administrative staff are ineffective in supporting their needs relating to new and ongoing research. In fact, they describe research-stopping problems with equipment installation, maintenance and repair; electrical and water systems being cut without consideration or even notice; a lack of caring and at worst an apparent effort to make things more difficult and more costly. Because the administrative staff have not had the benefit of consistent and coherent leadership in recent years, there may be an opportunity to see clear improvements in their functioning under more effective leadership. (b)(6)

- **Vacancies**. The research teams experience the same kinds of frustrations with management of the vacancies as they do (b)(6)

- (b)(6) . (b)(6)

5. (b)(6) __IT Specialist__. (b)(6) the IT Specialist (b)(6) for responding to IT support requests and for conducting union activities. (b)(6) the IT Specialist (b)(6) . Some employees believe (b)(6) the IT Specialist that the IT Specialist (b)(6) the IT Specialist (b)(6) is disheartening for the employees, erodes the focus and goodwill of the staff, adds an enormous burden onto the research teams, and they believe it adds significantly to the Agency's cost in time and other resources.

   Almost every person interviewed regards the actions and inactions of these two individuals as the most important immediate issue. No action by ARS will be effective in improving the atmosphere at SHRS without addressing the issues involving these two positions.

6. __Perceptions of Hostile, Harassment, and Unfair Treatment__. The source of what employees describe as harassment and hostility stems almost exclusively from the actions of the IT Specialist whether he is acting in that capacity or as NFFE local president, or he is coordinating with (b)(6) . Almost all EEO and union actions over recent

**Boarman Declaration**

000037



years have come from the IT Specialist, acting either on his own behalf or representing other bargaining unit employees.[5]

There is some likelihood these actions will continue if the USDA and ARS investigate recent allegations against him and/or move to track and improve his performance.

Other than the behavior of the IT Specialist, some employees have or are experiencing uncomfortable comments, jokes and suggestions based on their gender, ethnicity, or race. No one described these experiences as harassment but their experiences suggest insensitivity or a lack of recognition that these actions or statements are not appropriate could reflect deeper attitudes.

7. <u>Questions of Waste, Fraud, and Abuse</u>.  ADR Vantage frequently works with agencies as a confidential neutral and in that capacity, we are obligated to report to the agency what we believe to be evidence of waste, fraud or abuse. We do not know what definition USDA would use for these concepts but the conduct we have heard about from SHRS employees concerning the IT Specialist would raise such a question for us. Specifically, we would be concerned with the following allegations:

- That the IT Specialist he has used his position as IT Specialist to access material he should not have access to,

- Examples we heard of aggressive and intimidating behavior, and

- Overuse of union grievances without an opportunity for management to address issues, which has cost the government in time and other resources.

---

[5] We heard from employees that, as NFFE local president, the IT Specialist would sometimes encourage employees to allow him to file grievances for them but often he would file grievances without the employee's consent.

**Boarman Declaration**                    **000038**



## V. Recommendations

1. <u>Hire and onboard permanent Research Leader as soon as possible</u>. For this hire, it will be particularly important that the person selected is fully apprised of the challenges. The interview panel should be convinced that he or she will be skilled and committed to helping address immediate issues and rebuilding cohesion among the research teams. The following are recommendations to support the new RL and the transition.

   1.1. For the new RL to be successful it will be especially important that he or she:

   - Quickly establishes credibility with the Scientists and demonstrates an interest in their work;
   - Demonstrates skill and confidence as a manager with energy to address tough challenges; and
   - Can gain consensus on a plan- of- action to restore employee morale and team coordination and collaboration.

   1.2. In final interviews, share findings from the climate assessment and ask questions about his or her approach to addressing issues.

   1.3. Be prepared to offer the incoming RL resources to engage a neutral facilitator to help build Scientists' support and address team building, conflict management and process improvements issues.

   1.4. Brief the incoming RL on the steps taken by Dr. Abbas for continuity and as a framework to build upon.

2. <u>Address internal issues while preparing for the new Research Leader</u>.   It will be important to sustain and build on the progress Dr. Abbas has been able to make in resolving the administrative and personnel issues, instituting new procedures, and working with Scientists and staff. The following efforts will reinforce support for Dr. Abbas or another temporary RL and the  Scientists while onboarding a new RL.

   2.1 If possible, retain Dr. Abbas for the transition period.  If not possible, confirm with him how long he will be able to continue and instruct him to communicate this to the SHRS staff.

   2.2 Whether nor not Dr. Abbas is able to remain as temporary RL through the transition, actively coordinate with him on the resolution of the ongoing personnel issues to prevent  backtracking and better ensure a smooth transition to the new RL.

   2.3 If possible, move the reporting line of authority for the IT Specialist to the RL for more immediate accountability and effective oversight.  This will be especially critical because of the difficulties concerning the (b)(6) documented through this assessment.

**Boarman Declaration**



2.4  Provide the temporary RL with resources during the transition that will allow him to engage:

- A neutral conflict coach or other process consultant to support his handling of ongoing and very difficult internal conflicts, (b)(6) , and

- A neutral facilitator to help improve communication and dialogue with Scientists during the transition.

2.5  Commit to regular communication with staff including regularly scheduled staff meetings and supplemented meetings with email updates from the temporary RL to keep employees apprised of SHRS, ARS and USDA developments.  This will be especially important for reassuring staff during this time of SHRS transitions and the introduction of a new USDA administration.

3. **Communicate the outcomes of the climate assessment**. It is always important to employees who participate in an assessment to learn what will result from their involvement. It is especially true when employees feel vulnerable or discouraged.  Communicating as much as legally possible about the results and proposed actions builds confidence and trust that SHRS employees will need to continue to support their managers and leaders as they work to address their issues.  This communication could be done in an all-hands meeting or in a meeting limited to the managers but with the expectation that the managers brief their teams.  Ideally, Dr. Brennan and/or Mr. Tucker would meet with staff, share as much as possible from the findings and actions the Area Office proposes, without betraying the confidentiality of participants, and  encourage dialogue with the staff. It may be useful for the ARS office to engage a neutral facilitator  to help encourage a productive dialogue and capture and help process points of view from the staff.

4. **Address morale issues among Scientists**. Acting quickly on issues raised by the Scientists will communicate that their concerns have been heard and validated and will give them confidence and build goodwill toward their new leadership.  The following would usually be conducted  by (b)(6) we recommend these actions  be conducted under the authority of the temporary RL or Area Office.

4.1. (b)(6) .

- Designate someone from the Area Office or Headquarters (b)(6) to work closely with (b)(6) and approval procedures, identify where request most often gets delayed and develop internal procedures to streamline, track and report on approvals;

- Assign (b)(6) to develop and commit to communication protocols that will:

  - (b)(6) apprised of the status of their requests and involve them in problem solving,

  - provide routine updates to (b)(6) and

  - regularly seek suggestions (b)(6) for improving SHRS internal controls.

Boarman Declaration

ARS0010
000040



4.2. Engage a neutral facilitator to work with the temporary RL and Scientists to define and gain consensus on priority administrative issues, create a framework for coordination during the transition, and begin restoring collegiality.

4.3. Provide regular updates to the Scientists and the Administrative staff on the hiring progress for the RL. We would recommend that these communications come directly from Area Office Director, Dr. Brennan in coordination with the temporary RL.

5. <u>Govern actions of the IT Specialist</u>.   Move the reporting line of authority for the IT Specialist to the RL to ensure his availability and improve responsiveness and to track satisfaction from Researchers and others. Investigate allegations that he has abused his access to data, emails and telephones as well as his conduct toward other employees and consider appropriate disciplinary measures as appropriate.

6. <u>Offer EEO and Implicit Bias training</u>. Within the coming 6-12 months, conduct training for the SHRS that includes both basics of a manager's EEO responsibility and a section on implicit bias, to address the issues raised in the climate assessment about statements, jokes and uncomfortable situations based on gender or ethnicity.

7. <u>Create a plan-of-action to incorporate recommendations and other actions adopted resulting from the climate assessment</u>.   The incoming RL will want his or her own action plan or at least to review, revise and adopt an interim one.  Acknowledging that hiring and onboarding could take months, we strongly recommend that the temporary RL be empowered to create an interim action plan.  This is needed to assure a systematic response to immediate and critical issues and to reinforce the Area Office's message that ARS takes employee concerns seriously.

7.1. Create a plan that:
   - Systematically incorporates, prioritizes and implements ARS priorities for addressing concerns raised in this assessment; and
   - Includes benchmarks and methods for collecting periodic feedback from the RL, researchers and others on progress.

7.2. Build in employee support.  Ideally there would be some level of employee involvement in developing the plan, at least keeping them apprised about the planning process, creating ways for them to provide suggestions, and encouraging their help in implementation.

8. <u>Conduct a follow-up climate assessment in 12-months</u> to gauge progress and refocus recommendations as needed. Follow-up assessments are not always needed or possible, given funding realities.  When possible however, a follow-up assessment will support ARS objectives of improving SHRS and communicate to the SHRS employees ARS's intensions and commitment.

**Boarman Declaration**

**000041**

**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Wednesday, January 18, 2017 9:11 AM
**To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
**Subject:** Re: ██(b)(6)██

Thank you, I appreciate your attention to this matter. Also, I asked Mr Gonzales for a list of the bargaining unit employees and members. I see that he requested that list from you. Is your office the appropriate route for this request? I am trying to get a clear understanding of this units administration office(s) and the personnel in its multiple locations from the D.C. office down. Do you have a flow chart showing the current positions that you could share? Thanks again, Liz

Sent from my iPhone

On Jan 18, 2017, at 8:50 AM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:

> **Good morning,**
>
> **I was not aware there was ██(b)(6)████████████████ ████████████████ I do know that the paperwork has been submitted; I will be glad to check on the status.**
>
> **Kathy**
>
> **Kathy Hall, Labor Relations Officer**
> **USDA, Human Resources Division (HRD)**
> **Personnel and Labor Solutions (PALS) Branch**
> **5601 Sunnyside Ave., 3-1194**
> **Beltsville, MD 20705**
> **Office  301.504.1519**
> **Fax  301-504-1375**
> **kathleen.hall@ars.usda.gov**
>
> ---
>
> **From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
> **Sent:** Friday, January 13, 2017 11:36 AM
> **To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
> **Subject:** ██(b)(6)██
>
> Ms. Hall,
>
> I am examining documents regarding the ██(b)(6)██████ ████████████. I have her SF-50 which indicates

**Boarman Declaration**

ARS0021

000042



I also have (b)(6)

If this documentation is accurate, perhaps you could provide some insight/explanation as (b)(6)

Thank you,
Liz


<image002.jpg>
**Elizabeth Pittaluga**
**National Federation of Federal Employees, IAM-AW/AFL-CIO**
**National Business Representative Southeast Region**
epittaluga@nffe.org
**(202) 255-3349**


This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**From:** epittaluga@nffe.org
**To:** Hall, Kathleen
**Subject:** RE: Background on ██(b)(6)████████ - Miami
**Date:** Saturday, June 17, 2017 9:14:18 AM

Kathy, thanks.. I am also interested in what the ██(b)(6)███████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████.

Between you and I here's what I think I know:

Dr. Abbas is out on location much of the time. I'm certain with the closure's on his plate he is working his tail off..

██(b)(6)███████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████ If I've missed something, jump in to correct. I know this is a simplistic overview, feel free to correct me.

My primary concern  with the ██(b)(6)█████████████, and this is also a generalization…

██(b)(6)███████████████████████████████████████████████
███████████████████████
██████████████████████████████████████████████
██████████████████████████

██(b)(6)████████████████████████████████████████████
█████████████████████████

██(b)(6)███████████████████████████████████████████
████████████████████████████ So how is that solving the problem?
Are we just kicking the can down the road?
I understand that the Miami location is on the closure list.. is this a ██(b)(6)████████ for a short road?

██(b)(6)█████████ will be a critical element for employees seeking relocation in USDA and/or employment in other Federal agencies.
I can't blame anyone for feeling uneasy about making changes at this juncture, that may affect their
██(b)(6)█████████████

**From:** Hall, Kathleen [mailto:Kathleen.Hall@ars.usda.gov]
**Sent:** Wednesday, June 14, 2017 8:57 AM
**To:** Elizabeth Pittaluga <epittaluga@nffe.org>
**Subject:** RE: Background on ██(b)(6)████████ - Miami

I will request copies of the PD's for you.



(b)(6)

**Kathy**

**Kathy Hall, Labor Relations Officer**
**USDA, Human Resources Division (HRD)**
**Personnel and Labor Solutions (PALS) Branch**
**5601 Sunnyside Ave., 3-1194**
**Beltsville, MD 20705**
**Office  301.504.1519**
**Fax  301-504-1375**
**kathleen.hall@ars.usda.gov**

---

**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Wednesday, June 14, 2017 8:53 AM
**To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
**Subject:** RE: Background on (b)(6) - Miami

Thanks for the information Kathy. It is was my impression that the supervisor is responsible for

(b)(6)

R/ Liz

---

**From:** Hall, Kathleen [mailto:Kathleen.Hall@ars.usda.gov]
**Sent:** Wednesday, June 14, 2017 8:04 AM
**To:** Elizabeth Pittaluga <epittaluga@nffe.org>
**Subject:** Background on (b)(6) - Miami

**Good morning,**

**I wanted to provide some background on** (b)(6)

(b)(6)



**Boarman Declaration**                                                        ARS0024
000045

**(b)(6)**

**(b)(6)**

**(b)(6)**

**(b)(6)**

**If you need further information let me know.**
**Kathy**

**Kathy Hall, Labor Relations Officer**
**USDA, Human Resources Division (HRD)**
**Personnel and Labor Solutions (PALS) Branch**
**5601 Sunnyside Ave., 3-1194**
**Beltsville, MD 20705**
**Office  301.504.1519**
**Fax  301-504-1375**
**kathleen.hall@ars.usda.gov**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**Boarman Declaration**                    **000046**

ARS0025

| | |
|---|---|
| **From:** | epittaluga@nffe.org |
| **To:** | Hall, Kathleen |
| **Subject:** | Re: PD |
| **Date:** | Friday, June 16, 2017 12:08:03 PM |

Me too! BTW can I get the (b)(6) ████████████████████

Sent from my iPhone

> On Jun 16, 2017, at 12:03 PM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:
>
> Hi Liz,
>
> Did not forget you! Traveling today, will s me when I land.
>
> Kathy
>
> Sent from my iPhone
>
>
>
>
> This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**Boarman Declaration**

ARS0026
000047

| | |
|---|---|
| **From:** | epittaluga@nffe.org |
| **To:** | Hall, Kathleen |
| **Cc:** | Williams, Anita - ARS; Williams, Vince |
| **Subject:** | Re: Ft. Pierce BUE Contact Information |
| **Date:** | Monday, April 24, 2017 10:40:51 PM |

No, concerns.. the witnesses shouldn't need representation unless they have reason to believe the interview will adversely affect them.. <span style="color:red">(b)(6)</span> ██████████████████ will likely be calling me...

Sent from my iPhone

On Apr 24, 2017, at 10:29 PM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:

> Hi Liz,
>
> Vince and Anita would like to make initial contact with the BUE's via phone beginning to Tuesday at noon <span style="color:red">(b)(6)</span> ██████████████. Once phone contact has been made a follow up email will be sent to confirm the date of the meeting, time and room location. During this exchange employees will be reminded they are entitled to Union representation; if they elect representation they will be required to contact you directly.
>
> Do you have any concerns?
>
> Kathy
>
>
> **Kathy Hall, Labor Relations Officer**
> **USDA, Human Resources Division (HRD)**
> **Personnel and Labor Solutions (PALS) Branch**
> **5601 Sunnyside Ave., 3-1194**
> **Beltsville, MD 20705**
> **Office  301.504.1519**
> **Fax  301-504-1375**
> **kathleen.hall@ars.usda.gov**

---

**From:** Williams, Anita - ARS
**Sent:** Monday, April 24, 2017 2:10 PM
**To:** epittaluga@nffe.org
**Cc:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>; Williams, Vince <Vince.Williams@ARS.USDA.GOV>; Williams, Anita - ARS <Anita.Williams@ARS.USDA.GOV>
**Subject:** Ft. Pierce BUE Contact Information

**Boarman Declaration**                                    ARS0025
                                                          000048

**Good afternoon Ms. Pittaluga,**

**Below are the phone numbers and email addresses of the BUE's that are** (b)(6) **at Ft. Pierce.**

<u>Subject of allegations:</u>



<u>Witnesses:</u>

**Best Regards,**

Anita Brandon Williams
USDA, ARS, AFM, HRD, Personnel and Labor Solutions (PALS)
5601 Sunnyside Avenue
Mail Stop 5102 Building 3-1188C-GWCC
Beltsville, Maryland 20705-5102
Phone: 301-504-1344
FAX: 301-504-1375
Anita.Williams@ars.usda.gov

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

| | |
|---|---|
| **From:** | epittaluga@nffe.org |
| **To:** | Hall, Kathleen |
| **Subject:** | Re: (b)(6) |
| **Date:** | Tuesday, January 24, 2017 12:43:43 PM |

Thank you..

Sent from my iPhone

On Jan 24, 2017, at 12:23 PM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:

**Good afternoon,**

(b)(6)

**Kathy**

**Kathy Hall, Labor Relations Officer**
**USDA, Human Resources Division (HRD)**
**Personnel and Labor Solutions (PALS) Branch**
**5601 Sunnyside Ave., 3-1194**
**Beltsville, MD 20705**
**Office  301.504.1519**
**Fax  301-504-1375**
**kathleen.hall@ars.usda.gov**

---

**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Tuesday, January 24, 2017 11:52 AM
**To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
**Subject:** RE: (b)(6)

Ms. Hall, (b)(6) been received as indicated yesterday?

---

**From:** Hall, Kathleen [mailto:Kathleen.Hall@ars.usda.gov]
**Sent:** Monday, January 23, 2017 10:23 AM
**To:** Elizabeth Pittaluga <epittaluga@nffe.org>
**Subject:** RE: (b)(6)

**Good morning,**

**I have been updated** (b)(6)

I will keep you updated as we move through the process.

Kathy

Kathy Hall, Labor Relations Officer
USDA, Human Resources Division (HRD)
Personnel and Labor Solutions (PALS) Branch
5601 Sunnyside Ave., 3-1194
Beltsville, MD 20705
Office  301.504.1519
Fax  301-504-1375
kathleen.hall@ars.usda.gov

---

**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Wednesday, January 18, 2017 9:52 AM
**To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
**Subject:** Re: (b)(6)

Thank you!

Sent from my iPhone

On Jan 18, 2017, at 9:50 AM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:

> Good morning,
>
> I am able to provide the information, but I am dependent on another work unit to provide the information. I have made the second request. I will also request organizational charts for you as well.
>
> Kathy
>
> Kathy Hall, Labor Relations Officer
> USDA, Human Resources Division (HRD)
> Personnel and Labor Solutions (PALS) Branch
> 5601 Sunnyside Ave., 3-1194
> Beltsville, MD 20705
> Office  301.504.1519
> Fax  301-504-1375
> kathleen.hall@ars.usda.gov

---

**Boarman Declaration**

**From:** epittaluga@nffe.org
**To:** ██(b)(6)██
**Subject:** Re: ██
**Date:** Tuesday, June 20, 2017 1:02:59 PM

(b)(6) ████████████████████████████

Sent from my iPhone

On Jun 20, 2017, at 1:01 PM, (b)(6) ████████████████ wrote:

(b)(6)
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████

**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Tuesday, June 20, 2017 12:22 PM
**To:** (b)(6) ████████████████
**Subject:** Re: (b)(6)██

Ok..

Sent from my iPhone

On Jun 20, 2017, at 12:21 PM, (b)(6) ████████████ wrote:

(b)(6)
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████

**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Tuesday, June 20, 2017 12:00 PM
**To:** (b)(6) ████████████████
**Subject:** Re: (b)(6)█

(b)(6)
████████████████████████████
████████████████████████████
████████████████████████████

**Boarman Declaration**

AFS0031
000052

(b)(6)



Sent from my iPhone

On Jun 20, 2017, at 11:43 AM, (b)(6) wrote:

Elizabeth,

(b)(6)



**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Tuesday, June 20, 2017 11:31 AM
**To:** (b)(6)
**Subject:** RE: (b)(6)

(b)(6)





**From:** (b)(6)
**Sent:** Tuesday, June 20, 2017 11:23 AM
**To:** Elizabeth Pittaluga <epittaluga@nffe.org>
**Subject:** RE: (b)(6)

Hi Elizabeth,



**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Tuesday, June 20, 2017 10:56 AM
**To:** (b)(6)
**Subject:** (b)



Elizabeth Pittaluga

**Boarman Declaration**                                     AR-00032
000054

| | |
|---|---|
| **From:** | epittaluga@nffe.org |
| **To:** | Hall, Kathleen |
| **Subject:** | RE: Notification of Point of Contact for the Union? |
| **Date:** | Monday, April 24, 2017 8:40:54 AM |

Awesome!
Thanks!

**From:** Hall, Kathleen [mailto:Kathleen.Hall@ars.usda.gov]
**Sent:** Monday, April 24, 2017 8:40 AM
**To:** Elizabeth Pittaluga <epittaluga@nffe.org>
**Subject:** RE: Notification of Point of Contact for the Union?

Good morning,

I will get a list of names and their email addresses to you asap.

Kathy

Kathy Hall, Labor Relations Officer
USDA, Human Resources Division (HRD)
Personnel and Labor Solutions (PALS) Branch
5601 Sunnyside Ave., 3-1194
Beltsville, MD 20705
Office  301.504.1519
Fax  301-504-1375
kathleen.hall@ars.usda.gov

**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Monday, April 24, 2017 7:31 AM
**To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
**Subject:** RE: Notification of Point of Contact for the Union?

Kathy, The BUE lists I have do not have any email addresses included. I have no POC in Ft Peirce to get the word out. Do you have an email address for the employees that are being questioned? I could start there. If they do not exercise their Weingarten Rights (which they likely don't know about) they will probably call Joey. I REALLY don't want to stir that nest again.
Liz

**From:** Hall, Kathleen [mailto:Kathleen.Hall@ars.usda.gov]
**Sent:** Sunday, April 23, 2017 8:05 PM
**To:** Elizabeth Pittaluga <epittaluga@nffe.org>

**Boarman Declaration**

ARS0034

000055

**Subject:** Notification of Point of Contact for the Union?

Hi Liz,

Will there be an announcement to the BUE's about you are now the point of contact for Union issues?

Kathy

**Kathy Hall, Labor Relations Officer**
**USDA, Human Resources Division (HRD)**
**Personnel and Labor Solutions (PALS) Branch**
**5601 Sunnyside Ave., 3-1194**
**Beltsville, MD 20705**
**Office  301.504.1519**
**Fax  301-504-1375**
**kathleen.hall@ars.usda.gov**

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**Boarman Declaration**          **000056**
ARS0835

**From:** epittaluga@nffe.org
**To:** Hall, Kathleen
**Subject:** Re: (b)(6) ███████████████
**Date:** Tuesday, March 28, 2017 10:36:12 PM

I'll be on the road, driving to New Orleans, I'll be on hand free..

Sent from my iPhone

On Mar 28, 2017, at 10:33 PM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:

> **Yes, Dr. Abbas is setting the meeting up for April 4, will make sure you are on the invite. I was not clear on the topic.**
>
> **Kathy Hall, Labor Relations Officer**
> **USDA, Human Resources Division (HRD)**
> **Personnel and Labor Solutions (PALS) Branch**
> **5601 Sunnyside Ave., 3-1194**
> **Beltsville, MD 20705**
> **Office  301.504.1519**
> **Fax  301-504-1375**
> **kathleen.hall@ars.usda.gov**
>
> ---
>
> **From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
> **Sent:** Tuesday, March 28, 2017 10:31 PM
> **To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
> **Subject:** Re: (b)(6) ████████████████
>
> Thanks for letting me know..
> Joey called today regarding a meeting (safety issue) Dr. Abbas wants me to participate in..
> Dr. Abbas has not contacted me.
> Joey did not give me specifics.. My feeling is this is another play about his case (feeing unsafe)..I told Joey I would teleconference, if Dr. Abbas sends an e-vite
> Were you read in on this?
>
> Sent from my iPhone
>
> On Mar 28, 2017, at 10:20 PM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:
>
> (b)(6) ██████████████████████████████
> ██████████████████████████████
>
> **Kathy Hall, Labor Relations Officer**
> **USDA, Human Resources Division (HRD)**



**Boarman Declaration**                                   ARS0036
000057

Personnel and Labor Solutions (PALS) Branch
5601 Sunnyside Ave., 3-1194
Beltsville, MD 20705
Office  301.504.1519
Fax  301-504-1375
kathleen.hall@ars.usda.gov

---

**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Tuesday, March 28, 2017 10:19 PM
**To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
**Subject:** Re: (b)(6) ████████████████

(b)(6) ██████████

Sent from my iPhone

On Mar 28, 2017, at 10:17 PM, Hall, Kathleen
<Kathleen.Hall@ars.usda.gov> wrote:

> Hi Liz,
>
> Just heard, there has been (b)(6) ████████████

>
> Kathy
>
> Kathy Hall, Labor Relations Officer
> USDA, Human Resources Division (HRD)
> Personnel and Labor Solutions (PALS) Branch
> 5601 Sunnyside Ave., 3-1194
> Beltsville, MD 20705
> Office  301.504.1519
> Fax  301-504-1375
> kathleen.hall@ars.usda.gov

**Boarman Declaration**