September 15, 2017

Joey D. Gonzalez
1076 NW 126 Ct.
Miami, FL 33182

Dr. Chavonda Jacobs-Young,
Administrator
Agricultural Research Service
1400 Independence Ave, SW.
Room 302
Jamie Whitten Federal Building
Washington, DC, 2015

Via Email to: REEFOIA@ars.usda.gov

Re: **FOIA APPEAL: 2017-REE-05254-F**

Dear Dr. Jacobs-Young

      On June 28, 2017, I requested information to the FOIA office under your responsibility. This request was identified as 2017-REE-05254-F (hereinafter the "June request"). I received the response to this request on August 16, 2017. Some of the responsive documents were redacted. I disagree with this decision specifically because; (1) the Agency also failed to follow proper procedure in handling my request; the documents redacted do not qualify to exempt.

## Factual Background

1. The June request, asked that the Agency supply any and all emails from Elizabeth Pittaluga to anyone in the Agency from October 2016 to the present.

2. In response to the June request, the Agency produced 78 pages of emails, some redacted. Most of the emails redacted contain conversations between Kathleen Hall and Elizabeth Pittaluga. Hall is the Agency's Labor Relations Officer, Pittaluga is an employee of the National Federation of Federal Employees (NFFE).

3. Neither NFFE or Pittaluga owes the Agency a duty of confidentiality.

4. NFFE, and Pittaluga as its agent, owes the undersigned a duty of fair representation.

5. NFFE is neither part of the Agency or falls under the definition of Government control entity pursuant to 5 U.S.C. §552(f).

**Documents Redacted Subject To This Appeal**

6. All documents subject to this appeal are included here as Exhibit 1.

**Argument**

7. Just like the requester, Pittaluga is a member of the general public and has no better right to the information in these emails than anyone else. Once the Agency decided to release the information it now claims is confidential to Pittaluga, it abandoned any claim of confidentiality. *See* Avtel Servs. v United States (2005) 70 Fed Cl 173 ("[O]nce information enters public domain, however, it is no longer confidential and parties may not make claims of confidentiality regarding such information"). For the same reasons, her email conversation with Kathleen Hall is not confidential.

8. But even if the Agency has a claim of confidentiality in its conversations with Pittaluga, the emails between Pittaluga and employees of the Agency are not exempted by Exemption 6. That is because the Agency has been unable to demonstrate that the information discussed is part of an employee's personnel or medical file and therefore access to this information constitutes a "clear invasion of personal privacy." *See* Dep't of the Air Force v. Rose, 425 U.S. 352, 96 S. Ct. 1592 (1976) (Holding that Exemption 6 does not create a blanket exemption for personnel files absent a showing of a clearly unwarranted invasion of privacy); see also Dep't of State v. Ray, 502 U.S. 164, 173 (1991) (citation omitted) ("FOIA's strong presumption in favor of disclosure places the burden on the agency to justify the withholding of any requested documents").

9. To assert the exemption it claims, the agency must provide sufficient specificity to permit understanding of its rationale for withholding the responsive information. Not only must the agency identify the particular privilege invoked, it must also identify the particular issue or policy to which the redacted information contributed. The response provided by the Agency failed to meet this burden.

10. The ARS must follow proper procedure when denying the request. This means that ARS must offer a "description and explanation reveal[ing] as much detail as possible as to the nature of the document without actually disclosing information that deserves protection." Oglesby v. U.S. Department of Army, 79 F.3d 1176 (D.C.Cir.1996).

11. This explanation may include a detailed description of each document being withheld and take the form of a Vaughn index." Students Against Genocide v. Dep't of State, 257 F.3d 828, 832 (D.C.Cir.2001), with sufficient specificity "to permit a reasoned judgment as to whether the material is actually exempt under FOIA" Founding Church of Scientology v. Bell, 603 F.2d 945, 959 (D.C. Cir. 1979), and "describ[ing] each document or portion thereof withheld, and for each withholding it must discuss the consequences of supplying the sought-after information." King v. Department of Justice, 830 F.2d (1987) at 223-24.

**Boarman Declaration**                                                         **000080**

**Request for Relief**

      For the foregoing reasons, I request that; all records requested under the subject FOIA and included here as Exhibit 1, be released to me in it's entirely and without any redaction;

      That in the event the ARS denies my appeal, it; (1) declares that the Agency is in violation of the Privacy Act of 1974, when it discussed private information regarding its employees with Pittaluga; (2) refers those Agency's officials responsible for violating the Privacy Act for prosecution under 5 U.S.C. § 552a(i)(1);

      Per USDA regulations[1], the Agency must provide a written response describing the reason for the denial, name and title of each person responsible for the denial and the procedures to invoke judicial assistance.  If your response is not forthcoming within 20 days, I will seek judicial review forthwith, including an award of attorney's fees.

      /s/ Joey D. Gonzalez
      Joey D. Gonzalez

---

[1] 7 CFR §1.7

**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Wednesday, January 18, 2017 9:11 AM
**To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
**Subject:** Re: (b)(6)

Thank you, I appreciate your attention to this matter. Also, I asked Mr Gonzales for a list of the bargaining unit employees and members. I see that he requested that list from you. Is your office the appropriate route for this request? I am trying to get a clear understanding of this units administration office(s) and the personnel in its multiple locations from the D.C. office down. Do you have a flow chart showing the current positions that you could share? Thanks again, Liz

Sent from my iPhone

On Jan 18, 2017, at 8:50 AM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:

> Good morning,
>
>  I will be glad to check on the status.
>
> Kathy
>
> Kathy Hall, Labor Relations Officer
> USDA, Human Resources Division (HRD)
> Personnel and Labor Solutions (PALS) Branch
> 5601 Sunnyside Ave., 3-1194
> Beltsville, MD 20705
> Office  301.504.1519
> Fax  301-504-1375
> kathleen.hall@ars.usda.gov
>
> **From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
> **Sent:** Friday, January 13, 2017 11:36 AM
> **To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
> **Subject:** (b)(6)
>
> Ms. Hall,
> (b)(6)



Thank you,
Liz

<image002.jpg>
Elizabeth Pittaluga
National Federation of Federal Employees, IAM-AW/AFL-CIO
National Business Representative Southeast Region
epittaluga@nffe.org
(202) 255-3349

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

| | |
|---|---|
| From: | epittaluga@nffe.org |
| To: | Hall, Kathleen |
| Subject: | RE: Background on (b)(6) |
| Date: | Saturday, June 17, 2017 9:14:18 AM |

Kathy, thanks.. (b)(6) ███████████████████████████
████████████████████████████████████████████
████████████████████████████████
(b)(6) ███████████████████████████████████████
████████
(b)(6) ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████ If I've missed something, jump in to correct. I know this is a simplistic overview, feel free to correct me.

My primary concern with the (b)(6) ████████████████, and this is also a generalization...

(b)(6) ████████████████████████████
█████████████
████████████████████████
███████

(b)(6) ████████████████████████████
███████████████████████

(b)(6) ████████████████████████████████
████████████████████████████
██████
█████████████████
████████████████████████████████████

(b)(6) ██████████████████
███████████████
████████████████████████
████████████████
██████

From: Hall, Kathleen [mailto:Kathleen.Hall@ars.usda.gov]
Sent: Wednesday, June 14, 2017 8:57 AM
To: Elizabeth Pittaluga <epittaluga@nffe.org>
Subject: RE: Background on (b)(6)

I will request copies (b)(6) for you.

[redacted (b)(6)]

Kathy

Kathy Hall, Labor Relations Officer
USDA, Human Resources Division (HRD)
Personnel and Labor Solutions (PALS) Branch
5601 Sunnyside Ave., 3-1194
Beltsville, MD 20705
Office  301.504.1519
Fax  301-504-1375
kathleen.hall@ars.usda.gov

**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Wednesday, June 14, 2017 8:53 AM
**To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
**Subject:** RE: Background on (b)(6)

Thanks for the information Kathy. It is was my impression that the (b)(6)



R/ Liz

**From:** Hall, Kathleen [mailto:Kathleen.Hall@ars.usda.gov]
**Sent:** Wednesday, June 14, 2017 8:04 AM
**To:** Elizabeth Pittaluga <epittaluga@nffe.org>
**Subject:** Background on (b)(6)

Good morning,

I wanted to provide some background on (b)(6)



[(b)(6) redacted]

[(b)(6) redacted]

[(b)(6) redacted]

[(b)(6) redacted]

If you need further information let me know.
Kathy

Kathy Hall, Labor Relations Officer
USDA, Human Resources Division (HRD)
Personnel and Labor Solutions (PALS) Branch
5601 Sunnyside Ave., 3-1194
Beltsville, MD 20705
Office  301.504.1519
Fax  301-504-1375
kathleen.hall@ars.usda.gov

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

| | |
|---|---|
| From: | epittaluga@nffe.org |
| To: | Hall, Kathleen |
| Subject: | Re: (b)(6) |
| Date: | Friday, June 16, 2017 12:08:03 PM |

Me too! BTW can I get the (b)(6)

Sent from my iPhone

> On Jun 16, 2017, at 12:03 PM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:
>
> Hi Liz,
>
> Did not forget you! Traveling today, will s me when I land.
>
> Kathy
>
> Sent from my iPhone
>
>
>
>
> This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**From:** epittaluga@nffe.org
**To:** Hall, Kathleen
**Cc:** Williams, Anita - ARS; Williams, Vince
**Subject:** Re: (b)(6) BUE Contact Information
**Date:** Monday, April 24, 2017 10:40:51 PM

Sent from my iPhone

On Apr 24, 2017, at 10:29 PM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:

> Hi Liz,
>
> Vince and Anita would like to make initial contact with the BUE's via phone beginning to Tuesday at noon (b)(6)             . Once phone contact has been made a follow up email will be sent to confirm the date of the meeting, time and room location. (b)(6)
>
> Do you have any concerns?
>
> Kathy
>
>
> Kathy Hall, Labor Relations Officer
> USDA, Human Resources Division (HRD)
> Personnel and Labor Solutions (PALS) Branch
> 5601 Sunnyside Ave., 3-1194
> Beltsville, MD 20705
> Office  301.504.1519
> Fax  301-504-1375
> kathleen.hall@ars.usda.gov
>
>
>
> **From:** Williams, Anita - ARS
> **Sent:** Monday, April 24, 2017 2:10 PM
> **To:** epittaluga@nffe.org
> **Cc:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>; Williams, Vince <Vince.Williams@ARS.USDA.GOV>; Williams, Anita - ARS <Anita.Williams@ARS.USDA.GOV>
> **Subject:** (b)(6) BUE Contact Information

Good afternoon Ms. Pittaluga,

Below are the phone numbers and email addresses of the BUE's that are
(b)(6)



Best Regards,

Anita Brandon Williams
USDA, ARS, AFM, HRD, Personnel and Labor Solutions (PALS)
5601 Sunnyside Avenue
Mail Stop 5102 Building 3-1188C-GWCC
Beltsville, Maryland 20705-5102
Phone: 301-504-1344
FAX: 301-504-1375
Anita.Williams@ars.usda.gov

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**From:** epittaluga@nffe.org
**To:** Hall, Kathleen
**Subject:** Re: (b)(6)
**Date:** Tuesday, January 24, 2017 12:43:43 PM

Thank you..

Sent from my iPhone

On Jan 24, 2017, at 12:23 PM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:

> Good afternoon,
>
> (b)(6)
>
> Kathy
>
> Kathy Hall, Labor Relations Officer
> USDA, Human Resources Division (HRD)
> Personnel and Labor Solutions (PALS) Branch
> 5601 Sunnyside Ave., 3-1194
> Beltsville, MD 20705
> Office  301.504.1519
> Fax  301-504-1375
> kathleen.hall@ars.usda.gov
>
>
> **From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
> **Sent:** Tuesday, January 24, 2017 11:52 AM
> **To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
> **Subject:** RE: (b)(6)
>
> Ms. Hall, (b)(6) been received as indicated yesterday?
>
> **From:** Hall, Kathleen [mailto:Kathleen.Hall@ars.usda.gov]
> **Sent:** Monday, January 23, 2017 10:23 AM
> **To:** Elizabeth Pittaluga <epittaluga@nffe.org>
> **Subject:** RE: (b)(6)
>
> Good morning,
>
> I have been updated (b)(6)

**Boarman Declaration**　　　　　　**000090**

I will keep you updated as we move through the process.

Kathy

Kathy Hall, Labor Relations Officer
USDA, Human Resources Division (HRD)
Personnel and Labor Solutions (PALS) Branch
5601 Sunnyside Ave., 3-1194
Beltsville, MD 20705
Office  301.504.1519
Fax  301-504-1375
kathleen.hall@ars.usda.gov

**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Wednesday, January 18, 2017 9:52 AM
**To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
**Subject:** Re: (b)(6)

Thank you!

Sent from my iPhone

On Jan 18, 2017, at 9:50 AM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:

> Good morning,
>
> I am able to provide the information, but I am dependent on another work unit to provide the information. I have made the second request. I will also request organizational charts for you as well.
>
> Kathy
>
> Kathy Hall, Labor Relations Officer
> USDA, Human Resources Division (HRD)
> Personnel and Labor Solutions (PALS) Branch
> 5601 Sunnyside Ave., 3-1194
> Beltsville, MD 20705
> Office  301.504.1519
> Fax  301-504-1375
> kathleen.hall@ars.usda.gov

**From:** epittaluga@nffe.org
**To:** (b)(6)
**Subject:** Re: (b)(6)
**Date:** Tuesday, June 20, 2017 1:02:59 PM

(b)(6)

Sent from my iPhone

On Jun 20, 2017, at 1:01 PM, (b)(6) wrote:

> (b)(6)
>
> **From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
> **Sent:** Tuesday, June 20, 2017 12:22 PM
> **To:** (b)(6)
> **Subject:** Re: (b)(6)
>
> Ok..
>
> Sent from my iPhone
>
> On Jun 20, 2017, at 12:21 PM, (b)(6) wrote:
>
>> (b)(6)
>>
>> **From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
>> **Sent:** Tuesday, June 20, 2017 12:00 PM
>> **To:** (b)(6)
>> **Subject:** Re: (b)(6)
>>
>> (b)(6)



Sent from my iPhone

On Jun 20, 2017, at 11:43 AM, (b)(6) wrote:

Elizabeth,



**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Tuesday, June 20, 2017 11:31 AM
**To:** (b)(6)
**Subject:** RE: (b)(6)



**Boarman Declaration** **000093**



**From:** (b)(6)
Sent: Tuesday, June 20, 2017 11:23 AM
To: Elizabeth Pittaluga <epittaluga@nffe.org>
Subject: RE: (b)(6)

Hi Elizabeth,



From: Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
Sent: Tuesday, June 20, 2017 10:56 AM
To: (b)(6)
Subject: (b)(6)



Elizabeth Pittaluga

**From:** epittaluga@nffe.org
**To:** Hall, Kathleen
**Subject:** RE: Notification of Point of Contact for the Union?
**Date:** Monday, April 24, 2017 8:40:54 AM

Awesome!
Thanks!

**From:** Hall, Kathleen [mailto:Kathleen.Hall@ars.usda.gov]
**Sent:** Monday, April 24, 2017 8:40 AM
**To:** Elizabeth Pittaluga <epittaluga@nffe.org>
**Subject:** RE: Notification of Point of Contact for the Union?

Good morning,

I will get a list of names and their email addresses to you asap.

Kathy

Kathy Hall, Labor Relations Officer
USDA, Human Resources Division (HRD)
Personnel and Labor Solutions (PALS) Branch
5601 Sunnyside Ave., 3-1194
Beltsville, MD 20705
Office  301.504.1519
Fax  301-504-1375
kathleen.hall@ars.usda.gov


**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Monday, April 24, 2017 7:31 AM
**To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
**Subject:** RE: Notification of Point of Contact for the Union?

Kathy, The BUE lists I have do not have any email addresses included. I have no POC in (b)(6) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Do you have an email address for the employees (b)(6) ▓▓▓▓▓▓▓▓▓▓▓▓ I could start there. (b)(6) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ they will probably call Joey. I REALLY don't want to stir that nest again.
Liz

**From:** Hall, Kathleen [mailto:Kathleen.Hall@ars.usda.gov]
**Sent:** Sunday, April 23, 2017 8:05 PM
**To:** Elizabeth Pittaluga <epittaluga@nffe.org>

**Subject:** Notification of Point of Contact for the Union?

Hi Liz,

Will there be an announcement to the BUE's about you are now the point of contact for Union issues?

Kathy

Kathy Hall, Labor Relations Officer
USDA, Human Resources Division (HRD)
Personnel and Labor Solutions (PALS) Branch
5601 Sunnyside Ave., 3-1194
Beltsville, MD 20705
Office  301.504.1519
Fax  301-504-1375
kathleen.hall@ars.usda.gov

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**From:** epittaluga@nffe.org
**To:** Hall, Kathleen
**Subject:** Re: (b)(6)
**Date:** Tuesday, March 28, 2017 10:36:12 PM

I'll be on the road, driving to (b)(6), I'll be on hand free..

Sent from my iPhone

On Mar 28, 2017, at 10:33 PM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:

> Yes, (b)(6) will make sure you are on the invite. I was not clear on the topic.
>
> Kathy Hall, Labor Relations Officer
> USDA, Human Resources Division (HRD)
> Personnel and Labor Solutions (PALS) Branch
> 5601 Sunnyside Ave., 3-1194
> Beltsville, MD 20705
> Office  301.504.1519
> Fax  301-504-1375
> kathleen.hall@ars.usda.gov
>
>
> **From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
> **Sent:** Tuesday, March 28, 2017 10:31 PM
> **To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
> **Subject:** Re: (b)(6)
>
> Thanks for letting me know..
> Joey called today regarding a meeting (safety issue) Dr. Abbas wants me to participate in..
> Dr. Abbas has not contacted me.
> Joey did not give me specifics.. My feeling is this is another play about his case (feeing unsafe)..I told Joey I would teleconference, if Dr. Abbas sends an e-vite
> Were you read in on this?
>
> Sent from my iPhone
>
> On Mar 28, 2017, at 10:20 PM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:
>
>> (b)(6)
>>
>> Kathy Hall, Labor Relations Officer
>> USDA, Human Resources Division (HRD)

Personnel and Labor Solutions (PALS) Branch
5601 Sunnyside Ave., 3-1194
Beltsville, MD 20705
Office  301.504.1519
Fax  301-504-1375
kathleen.hall@ars.usda.gov

**From:** Elizabeth Pittaluga [mailto:epittaluga@nffe.org]
**Sent:** Tuesday, March 28, 2017 10:19 PM
**To:** Hall, Kathleen <Kathleen.Hall@ars.usda.gov>
**Subject:** Re: (b)(6)

(b)(6)

Sent from my iPhone

On Mar 28, 2017, at 10:17 PM, Hall, Kathleen <Kathleen.Hall@ars.usda.gov> wrote:

> Hi Liz,
>
> Just heard, there has been (b)(6)



> Kathy
>
> Kathy Hall, Labor Relations Officer
> USDA, Human Resources Division (HRD)
> Personnel and Labor Solutions (PALS) Branch
> 5601 Sunnyside Ave., 3-1194
> Beltsville, MD 20705
> Office  301.504.1519
> Fax  301-504-1375
> kathleen.hall@ars.usda.gov

**Boarman Declaration**          **000098**