UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24171-CIV-ALTONAGA/Goodman

**JOEY GONZALEZ**,

    Plaintiff,
vs.

**U.S. DEPARTMENT OF AGRICULTURE**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Motion to File Under Seal Exhibit Supplementing Motion Opposing Summary Judgment [ECF No. 39]. The Motion does not adequately explain why Plaintiff should be permitted to file an exhibit in support of his Response in Opposition to the Motion for Summary Judgment under seal. Certainly the Court's order on the Motion for Summary Judgment, which may or may not refer to that exhibit, will not be entered under seal. It is suggested Plaintiff redact from exhibits sensitive or confidential information. Consequently, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of July, 2018.

                                                      **CECILIA M. ALTONAGA**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record